AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 12:38 pm, Mar 28, 2025

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-cr-00085 |
| ROBERT ANDREW COOPER | ) Assigned To : Nichols, Carl J. |
| | ) Assign. Date : 3/27/2025 |
| Defendant | ) Description: INDICTMENT (B) |

## ARREST WARRANT

To:   Any authorized law enforcement officer.

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **ROBERT ANDREW COOPER**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875(c) Interstate Communications with a Threat to Kidnap or Injure

Digitally signed by
Matthew J. Sharbaugh
Date: 2025.03.27
17:35:14 -04'00'

Date:  03/27/2025

*Issuing officer's signature*

City and state:   Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/31/2025, and the person was arrested on *(date)* 04/01/2025
at *(city and state)* FBI Washington, 601 4th ST NW Washington DC 20335

Date: 04/01/25

Christian Berringer, SA
*Arresting officer's signature*

Christian Berringer, SA
*Printed name and title*