UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT ANDREW COOPER,<br><br>Defendant. | Case No. 25-CR-85 (CJN) |

### JOINT MOTION TO CONTINUE STATUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the April 11, 2025, status hearing in this matter for sixty days. The Government conferred with Alexis Gardner, counsel to Robert Andrew Cooper, who joins the Government in requesting the continuance.

Mr. Cooper was arraigned on April 1, 2025, and was released pending trial with specified conditions. *See* Minute Entry from April 1, 2025. The Government is in the process of disclosing discovery. In addition, the parties have conferred and agree that the additional time requested is necessary to explore whether this matter can be resolved without need for a trial. As such, the parties will need additional time to disclose and review discovery and engage in preliminary negotiations to resolve this case short of trial.

The defense agrees to toll time under the Speedy Trial Act between now and the continued status conference.

2

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court continue the April 11, 2025, status hearing in this case by sixty days.

    Respectfully submitted,

    EDWARD R. MARTIN, JR.
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By:   */s/ Brendan M. Horan*
    Brendan M. Horan
    N.Y. Bar No. 5302294
    Special Assistant United States Attorney
    United States Attorney's Office
    601 D Street NW
    Washington, D.C.  20530
    Brendan.Horan@usdoj.gov
    Telephone: (202) 227-6871