UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 25-cr-85 (CJN) |
| v. | : | |
| ROBERT COOPER, | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION FOR REVOCATION OF DEFENDANT'S RELEASE AND REQUEST THAT THE COURT ISSUE A BENCH WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this request that the Court issue a bench warrant for defendant Robert Cooper based on troubling information recently learned by the government, which establishes that Cooper has violated his conditions of release by possessing weapons and ammunition, as well as attempting to purchase firearms, without prior approval by this Court. *See* Order Setting Conditions of Release, ECF no. 7. The government further requests that the Court hold a hearing, pursuant to 18 U.S.C. § 3148(b), after the defendant is arrested and formally revoke his release conditions at the conclusion of that hearing and order him detained pending trial.

I.  **BACKGROUND**

   a. **The Charged Offense**

On or about December 30, 2024, Robert Andrew Cooper called the FBI National Threat Operations Center ("NTOC") to report that FBI Director Christopher Wray's life was in danger. Cooper stated that he knew that hundreds of FBI agents, as well as other federal and local law enforcement officers wanted Director Wray dead. Cooper stated that he had homicidal ideations to kill Director Wray. Cooper stated that he had no firearms in his home, but his hands are weapons. Cooper stated that he would kill Director Wray in ten different ways, but it would be mental or

1

verbal masturbation, and that he had no plans to kill Director Wray. Cooper mentioned that when he was a political prisoner in solitary confinement, he was able to think of a lot more things. Cooper stated that more people wanted to kill Director Wray than Hilary Clinton and that this was an on-going crime.

That same day, FBI Task Force Officer "TFO" Jordan Katz and FBI Special Agent Gregory Hartman went to Cooper's last known residence, the Homewood Inn and Suites at 1475 Massachusetts Avenue Northwest Washington, D.C. 20005, to interview him. The hotel manager recognized a photograph of Cooper and positively identified him as a resident of the hotel. The manager told Katz and Hartman that Cooper was on vacation and had not been in his residence since December 24, 2024.

On December 30, 2024, Cooper was interviewed via telephone by TFO Katz. During this interview, Cooper stated Director Wray's life was not in danger by Cooper because Cooper was currently in California for a New Years party and "didn't have time." However, Cooper stated that he would return to Washington, D.C. the following day, December 31, 2024. Cooper also stated that he wanted to kill Washington, D.C. Metropolitan Police Detective Matthew Shinton, who had an unrelated investigation that led to Cooper's arrest over ten years previously. Law enforcement was able to confirm Cooper's identity because Cooper identified himself during this and gave his date of birth as August 11, 1956. In addition, TFO Katz later watched old body worn camera footage from a prior arrest of Cooper and recognized Cooper's voice from the phone call.

On December 31, 2024, at about 10:17 a.m. Eastern Time, without prompt, Cooper called TFO Katz. TFO Katz placed his phone in speaker mode so other FBI personnel could also hear the conversation. Cooper told TFO Katz that Cooper was coming back to Washington, D.C. later in the day on a Delta Airlines flight from San Francisco. Cooper gave TFO Katz his flight itinerary

number to Washington, D.C. for December 31, 2024. During the phone conversation in reference to FBI Director Wray, Cooper said, in sum and substance, "See if we can kill him. I'll just do my best." He added that doing this would be "two less people" for the FBI to worry about. Cooper then said, "I'm going to kill these motherfuckers. I'll kill the fucking Director and Shithead Shinton."

On December 31, 2024, the FBI obtained cellphone location information via an Emergency Disclosure Request, which showed Cooper's phone was in Napa, California. TFO Katz and other law enforcement agents called Cooper to ask what his plans were, as he was not at the airport for his flight. Cooper said, "I'm happy because I get to come kill people." Cooper said he was in a C350 U-Haul truck headed toward the airport. Special agents from the FBI's San Francisco Field Office confirmed that Cooper did not board his flight on the December 31st.

The next day, members of the FBI observed Cooper arrive in a U-Haul truck at the Delta departures lane at the San Francisco International Airport (SFO). Prior to boarding his flight, Cooper texted the below to TFO Katz (Cooper's message is on the left).



3

*A Text Message between Cooper and TFO Katz*

On January 1, 2025, Cooper flew from San Francisco, California to Dulles Airport, where he was arrested in the airport on a D.C. Superior Court warrant. At the time of Cooper's arrest, a cell phone was recovered from his carry-on luggage.

Following his arrest, Cooper was interviewed by enforcement officers. Cooper reiterated his threats to kill Director Wray. Cooper stated that he wanted to kill Wray because, "he directs people to eat babies", and that Director Wray covered up "Hilliary Clinton raping a friend at the Hare Khrishna camp." Cooper also explained that he was upset with Director Wray because Roger Stone and General Michael Flynn were "mistreated." Cooper said that he believed Director Wray was a threat to the American Democracy and has "Betrayed the constitution." Cooper stated that he "saw Wray's head in a guillotine" and that if he had the opportunity that he would kill Director Wray. Cooper also repeated his threat to kill MPD Detective Shinton.

During the interview, Cooper also threatened TFO Katz, stating that he wanted to strangle him. Cooper actually moved toward Katz when he said that, despite being restrained at the time.

The interviewing agents assessed that while mental health issues were clearly impacting Cooper's statements and actions, there was a real likelihood that Cooper would attempt to harm Director Wray if given the opportunity.

Cooper's cell phone was seized upon his arrest, and a search warrant for the phone was obtained. FBI agents conducted a review of the phone extraction and noted evidence that indicated Cooper intended to carry out his threats. In particular, Cooper had repeated searches related to obtaining a firearm during the period of October to December 1, 2024, despite being prohibited from possessing firearms under federal law due to his prior felony convictions.

| Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| Taylor's &amp; Co. Bisley Revolver ... for sale at GunsAmerica.com: bf3faf3e-6bbc-47c3-a597-bcb42ec78d0c | https://gunsamerica.com/accessories/other/n-a/1?p=bf3faf3e-6bbc-47c3-a597-bcb42ec78d0c | 12/1/2024 5:24:17 AM(UTC-5) | | | Artifact Family:<br>Source Repository Path: | Source: Brave<br>Account:<br>Service Identifier: | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63 | Web History | | | colt 45 revolver for sale on GunsAmerica. Buy a colt 45 revolver online Now! | Important | 2/4/2025 11:03:03 AM | 2/4/2025 11:03:03 AM | ▲ |

| Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| colt 45 revolver for sale on GunsAmerica. Buy a colt 45 revolver online Now! | https://gunsamerica.com/search?keyword=colt%2045%20revolver | 12/1/2024 5:25:21 AM(UTC-5) | | | Artifact Family:<br>Source Repository Path: | Source: Brave<br>Account:<br>Service Identifier: | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | Web History | | | GunsAmerica Buy Guns Online and Sell Guns Online - Gun Auctions | Important | 2/4/2025 11:03:28 AM | 2/4/2025 11:03:28 AM | ▲ |

| Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| GunsAmerica Buy Guns Online and Sell Guns Online - Gun Auctions | https://gunsamerica.com/ | 12/1/2024 5:27:00 AM(UTC-5) | | | Artifact Family:<br>Source Repository Path: | Source: Brave<br>Account:<br>Service Identifier: | |

In addition, from November through December 15, 2024, Cooper repeatedly searched for knives, including "ka-bar marine knife" and "kukri knife."

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 11/27/2024 10:44:31 AM(UTC-5) | Brave | what is the name of the knife business in Conyers Georgia that sells by mail and has a display room | | Default | | | |

| # | Type | | | Value | | Importance | Created | Modified | |
|---|---|---|---|---|---|---|---|---|---|
| 75 | Searched Items | | | ka-bar marine knife | | Important | 2/4/2025 11:10:45 AM | 2/4/2025 11:10:45 AM | ▲ |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 12/3/2024 11:51:51 PM(UTC-5) | Brave | ka-bar marine knife | | Default | | | |

| 76 | Searched Items | | | ka-bar marine knife | | Important | 2/4/2025 11:10:54 AM | 2/4/2025 11:10:54 AM | ▲ |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 12/4/2024 12:02:54 AM(UTC-5) | Brave | ka-bar marine knife | | Default | | | |

| 77 | Searched Items | | | kukri knife | | Important | 2/4/2025 11:11:03 AM | 2/4/2025 11:11:03 AM | ▲ |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 12/7/2024 5:18:40 AM(UTC-5) | Brave | kukri knife | | Default | | | |

| 78 | Searched Items | | | Gerber single lockback knife | | Important | 2/4/2025 11:11:49 AM | 2/4/2025 11:11:49 AM | ▲ |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 12/15/2024 7:05:39 PM(UTC-5) | Brave | Gerber single lockback knife | | Default | | | |

| 79 | Web History | | | Gerber single lockback knife - Brave Search | | Important | 2/4/2025 11:12:27 AM | 2/4/2025 11:12:27 AM | ▲ |

| Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| Gerber single lockback knife - Brave Search | https://search.brave.com/search?q=Gerber+single+lockback+knife&source=android | 12/15/2024 7:05:39 PM(UTC-5) | | | Artifact Family: Source Repository Path: | Source: Brave Account: Service Identifier: | |

| 80 | Web History | | | Shop Quality Knives and Gear \| Atlanta Cutlery | | Important | 2/4/2025 11:12:31 AM | 2/4/2025 11:12:31 AM | ▲ |

| Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| Shop Quality Knives and Gear \| Atlanta Cutlery | https://www.atlantacutlery.com/shop/?search_query=kukri%20knife | 12/7/2024 5:25:39 AM(UTC-5) | | | Artifact Family: Source Repository Path: | Source: Brave Account: Service Identifier: | |

| 81 | Web History | | | Shop Quality Knives and Gear \| Atlanta Cutlery | | Important | 2/4/2025 11:12:35 AM | 2/4/2025 11:12:35 AM | ▲ |

| Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| Shop Quality Knives and Gear \| Atlanta Cutlery | https://www.atlantacutlery.com/shop/?search_query=kukri%20knife | 12/7/2024 5:23:03 AM(UTC-5) | | | Artifact Family: Source Repository Path: | Source: Brave Account: Service Identifier: | |

Perhaps most concerning, on December 13, 2024, Cooper searched for "tour of FBI headquarters."

| Title | URL | Last Visited | Visits | Path | Source Info | Time | Deleted |
|---|---|---|---|---|---|---|---|
| Brave Search | https://search.brave.com/search?q=tour+of+FBI+headquarters&source=android | 12/13/2024 8:59:34 AM(UTC-5) | | Shortcuts | Source: Brave | | |

| 48 | Web Bookmarks | | | Brave Search | | Important | 1/29/2025 2:07:22 PM | 1/29/2025 2:07:22 PM | ▲ |

| Title | URL | Last Visited | Visits | Path | Source Info | Time | Deleted |
|---|---|---|---|---|---|---|---|
| Brave Search | https://search.brave.com/search?q=Gerber+single+lockback+knife&source=android | 12/15/2024 7:05:39 PM(UTC-5) | | Shortcuts | Source: Brave | | |

In addition, during the period that Cooper was communicating with TFO Katz, Cooper sent messages to other individuals about his plans to kill the FBI Director:

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Native Messages | | 4062407318 SP* | Timestamp: 1/1/2025 10:42:32 AM(UTC-5) | **Direction:** Outgoing<br>**Body:** FBI special agent detective Jason c? Since he's too busy to meet me now so I'm going dark and going to go after my targets the director and the former dcpd director of Homeland Security that messed my people up it's killer or be killed. That should get the head of the Washington field office since attention be a lot of paperwork if I take out the director and the head of Homeland Security that is so much to mess up my family when I took this position it did get get their attention like yesterday<br><br>**Participants:**<br>Participant   Delivered   Read   Opened<br>4062407318 SP<br><br>**Service Identifier:**<br>Status: Sent<br>Message Type: App Message<br>Folder: Sent | |

7

| Native Messages | | +14155157499 MICHEAL JOHN* | Timestamp: 12/31/2024 2:58:40 PM(UTC-5) | Direction: Outgoing<br>Body:<br>I told special agent Jordan that if the special agent in charge of the DC field office didn't want them killed he could call me but I hung up and put my phone in a faraday bag. Surprisingly special agent Jordan called me up driving through Napa Valley and said the special agent in charge had reconsidered and he wanted special agent Jordan to meet me at my plane in DC. I explained to special agent Jordan that says I went to Harbin Hot Springs last night and was up all night with the late Tahoe native snow bunnies that escaped that Madness to come to the warm class of carbon hot springs for a more Bay Area wacked out Madness I've been hanging out with the snow bunnies and the pool all night and then my colleague I met in front of the restaurant turned out to be a high-level vet he came really hard and we think of Steve Harvey now he started joking around this morning and I'm running late and I'm going to miss the damn plane. Special agent Jordan consulted with this specialization in charge of the DC field office and I'm having FBI agents from the San Francisco field office meet me at the U-Haul truck rental return and they're going to get me to DC Direct. That's the plan anyway can't be late for the New Year's Eve party it would be declasse and since the CIA is really trying to kill me better to have some special agents with full auto capability with me. They know if I drink too much to get squirrely they'll just shackle me and lock me in the trunk of their SUV or whatever. They'll probably put diapers on me cuz I'm an old man. And then use my grizzly bear spray down my throat to take care of any cold I might have had being outside playing with the Harbin pool ladies, the Harbin pool girls, the Harbin pool women. My vet friend and I have been working out all the correct political language to deal with the Harvest crew and that's why I was really late because trying to pack my truck doing all the role playing I've had a fuck with the woke crowd of Bay Area degenerates<br>Item was truncated due to length<br>Body file: message.txt<br><br>Participants:<br><br>| Participant | Delivered | Read | Opened |<br>+14155157499 MICHEAL JOHN<br><br>Service Identifier:<br>Status: Sent<br>Message Type:<br>App Message<br>Folder:<br>Sent | |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Native Messages | | +14155157499 MICHEAL JOHN* | Timestamp: 12/31/2024 2:53:47 PM(UTC-5) | Direction: Outgoing<br>Body:<br>Update I went to Harbin Hot Springs last night the FBI's meeting me at SFO to fly me out by private jet they tried to bail on me. I told him that was okay I was coming to kill director Christopher Wray and the former head of public security FBI special agent Jordan's friend and colleague Lieutenant shenton former head of Metropolitan Police Department that's DC Homeland Security that lied and said I called up the White House to kill President Obama who I help get elected.<br><br>Participants:<br><br>\| Participant \| Delivered \| Read \| Opened \|<br>+14155157499 MICHEAL JOHN<br><br>Service Identifier:<br>Status: Sent<br>Message Type:<br>App Message<br>Folder:<br>Sent | |

8

### b. Prior Conduct on Pretrial Release

On April 17, 2025, Cooper's son reported to Pretrial Services that he and his family received a package in the mail from Cooper containing knives and an axe. Cooper's son noted that he is estranged from his father and has an Anti-Stalking Protective Order against him prohibiting contact. *See* ECF No. 10, Attachment 1.[1] Further, Cooper failed to report for pretrial supervision on May 31 and July 26 and tested positive for marijuana on May 6, May 13, May 20, June 12, June 17, July 1 (Marijuana and ETG), July 15, and August 4 (Marijuana and ETG). As a result of his violations, Cooper's Pretrial Services officers filed pretrial violation reports on April 18 and June 10. On July 23, Cooper was arrested and arraigned in case Loudon County, Virginia in case number GC25003298-00 for Drugs Possess Sch 1 or II. Pretrial Services filed another pretrial violation report based on Cooper's rearrest on August 6.

## II. New Violations of Cooper's Pretrial Release Conditions

### a. Attempted Trespass onto Military Base

On August 21, 2025, Cooper attempted to enter Naval Air Station (NAS) Patuxent River in St. Mary's County, Maryland, in his vehicle. Cooper told NAS patrol personnel that he was attempting to get a pass to go golfing on base. Further personnel responded and asked if Cooper had any guns or knives in the car, to which Cooper stated, "I have some ammo and knives." Cooper then went out to his truck to retrieve a bag. This caused NAS patrol to believe he would bring a gun back inside, so they initiated active shooter procedures before contacting the police.[2] NAS Patrol then searched Cooper's vehicle and found several knives in the backseat. Cooper had not affiliation with the base, and NAS Patrol denied Cooper base access.

---

[1] Cooper's son's Anti-Stalking Protective Order against Cooper has since lapsed.
[2] As a result of these procedures, the entire Naval Air Station was placed on lockdown.

9

### b. Attempted Firearm Purchase

On September 2, 2025, Cooper attempted to purchase a Glock 42 handgun at T3 Outdoors, a firearms store in Valdosta, Georgia. Employees denied the transaction after a NICS background check revealed that Cooper was prohibited from possessing a firearm. FBI agents were then notified about the attempted firearm purchase. A copy of the Firearms Transaction Record is attached as Exhibit A.

### III. APPLICABLE LAW

A defendant "who has violated a condition of release, is subject to a revocation of release, an order of detention, and a prosecution for contempt of court." 18 U.S.C. § 3148(a). D.C. Circuit precedent permits the Government to proceed by way of proffer at a detention hearing. *See United States v. Smith*, 79 F.3d 1208, 1209-10 (D.C. Cir. 1996); *see also United States v. LaFontaine*, 210 F.3d 125, 131 (2d Cir. 2000) ("proffers are permissible both in the bail determination and bail revocation contexts.").

Section 3148(b) directs a judicial officer to revoke a defendant's release and order detention if, after a hearing, the judicial officer –

(1) finds that there is -

> (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or
> (B) clear and convincing evidence that the person has violated any other condition of release; and

(2) finds that –

> (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or
> (B) the person is unlikely to abide by any condition or combination of conditions of release.

18 U.S.C. § 3148(b).

## IV. ARGUMENT

The Court's conditions of release clearly indicate that Defendant Cooper is not to possess a firearm, destructive device, or other weapon. *See* ECF no. 7. The defendant has now flaunted the Court's orders on at least four occasions to the knowledge of the Government.

Cooper's conduct is a danger to the community and showcases his lack of desire to comply with basic release conditions. As noted above, Cooper is charged with making threats to kill then-Director Wray and MPD Detective Shinton, on multiple occasions. In the months preceding those threats, Cooper searched for information related to obtaining a firearm, despite being prohibited from doing so, as well as specific types of combat knives. Now, instead of complying with his conditions of release, Cooper has chosen to possess knives and ammunition and also attempted to purchase handguns from gun stores in Georgia.

As noted above, these instances are not the first time Cooper has violated his conditions of release. Since his arrest and release on personal recognizance, Cooper has (1) failed to report to his Pretrial Services Officer; (2) failed drug tests; (3) sent a package with knives and an axe to his estranged son; (4) tried to enter a military base with knives and ammunition in his vehicle; and (5) attempted to purchase a handgun in Georgia. Despite receiving his Court-ordered terms of release, receiving multiple subsequent admonishments from the Court and being given multiple opportunities to correct his conduct, Cooper's dangerous conduct is unabated. Cooper continues to possess dangerous weapons and has tried to purchase more, endangering communities across the country. As such, Cooper has shown that there are no combinations or conditions of release that will ensure the safety of the community, and he should be detained pending trial.

V.   **CONCLUSION**

The government respectfully requests that the Court issue a bench warrant for Cooper. The government further requests that the Court hold a hearing, pursuant to 18 U.S.C. § 3148(b), after the defendant is arrested and formally revoke his release conditions at the conclusion of that hearing and order him detained pending trial.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY


By:   */s/ Jonathan A. Sussler*
Jonathan A. Sussler
N.Y. Bar No. 5973912
Special Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
Federal Major Crimes Section
601 D Street NW
Washington, D.C. 20530
(202) 815-8576
Jonathan.Sussler2@usdoj.gov