# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>ROBERT ANDREW COOPER,<br><br>           *Defendant*. | Criminal Action No. 1:25-cr-00085 (CJN) |

## ORDER

For the reasons set forth on the record at the hearing held on this date, it is hereby

**ORDERED**, pursuant to 18 U.S.C. § 4241(d), that Defendant be committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

Date: February 27, 2026

_____
CARL J. NICHOLS
United States District Judge