# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-85 |
| | ) | |
| Robert Cooper, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

Undersigned counsel hereby moves to withdraw from representing defendant Robert Cooper. At the February 27 hearing Mr. Cooper made claims against counsel for ineffective assistance and other misconduct which Mr. Cooper alleges contributed to this Court finding him incompetent to stand trial. Even making generous allowances for the posture of the case as regards Mr. Cooper's competency, the statements likely create a conflict of interest requiring withdrawal. *Cf.* DC Bar Ethics Opinion 364.

Moreover, withdrawal at this point is less likely to prejudice to Mr. Cooper or the Court than withdrawal a future time would be. Mr. Cooper has been committed to the custody of the Attorney General for four months "to determine whether there is a substantial probability that in the foreseeable future" Mr. Cooper can be restored to competency. ECF 58. Withdrawing now will give new counsel time to prepare the case before proceedings start again in this Court.

Respectfully Submitted,

By:


/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1634 I St. NW, Suite 373
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com