**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO: 1:25- cr-00085-CJN-1** |
| **v.** | **:** | |
| | **:** | **Judge Carl J. Nichols** |
| **ROBERT A. COOPER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**MOTION TO SCHEDULE STATUS HEARING REGARDING DEFENDANT'S
PLACEMENT AND TO ASSERT SPEEDY TRIAL RIGHTS**

The defendant, Robert Andrew Cooper, through undersigned counsel, respectfully moves this Court to schedule a status hearing to review the defendant's current placement status following this Court's February 27, 2026, Order committing him to the custody of the Attorney General. In support of this motion, the defendant submits the following:

**Procedural History**

On March 27, 2025, Mr. Cooper was indicted on two counts of Interstate Communications with a Threat to Kidnap or Injure, in violation of 18 U.S.C. § 875(c). He was arrested on April 1, 2025, and initially released on personal recognizance. Following various pretrial proceedings and alleged violations of release conditions, the government moved to revoke Mr. Cooper's release on September 5, 2025. On that same day, this Court issued a bench warrant for his arrest. Mr. Cooper was subsequently arrested and detained on November 7, 2025, and has remained in continuous custody for 193 days.

On November 7, 2025, the defense filed a Motion for Psychiatric Exam and Competency Hearing. This Court granted that motion on November 13, 2025. Following the submission of briefing and a competency hearing, this Court issued an oral ruling on February 27, 2026, finding Mr. Cooper incompetent to stand trial. Pursuant to 18 U.S.C. § 4241(d), the Court committed Mr. Cooper to the custody of the Attorney General for a period of treatment to determine if there is a substantial probability that he will attain competency in the foreseeable future.

On March 3, 2026, previous counsel for Mr. Cooper filed a Notice of Interlocutory Appeal (Case No. 26-3018) regarding the competency ruling. However, that motion has since

1

been withdrawn with the Court of Appeals, and current counsel entered an appearance on April 1, 2026.

### Current Status of Placement

Despite the Court's commitment order nearly three months ago, Mr. Cooper remains incarcerated at the DC Jail. He has not yet been collected by the Federal Bureau of Prisons (BOP) to begin the restoration process.

On May 8, 2026, undersigned counsel contacted the assigned Assistant United States Attorney to inquire as to why Mr. Cooper had not been transported. The government informed counsel that, due to a backlog of "psychiatric emergency cases," Mr. Cooper's admission date had been delayed until at least July 2026. In a follow-up email, the government indicated that the BOP is attempting to "move things around" to open a bed at FMC Devens in late June, but no certain date has been provided.

### Argument

Mr. Cooper has been detained for over six months since his November arrest, and for nearly eighty days since being committed to the Attorney General's custody. The current delay—attributed to administrative backlogs—means that Mr. Cooper's actual treatment may not begin until four or five months after the Court's order.

Through this motion, Mr. Cooper specifically asserts his rights to a speedy trial under the Sixth Amendment to the United States Constitution and the Speedy Trial Act. While 18 U.S.C. § 3161(h)(1)(A) generally excludes delays resulting from examinations to determine mental competency, the Supreme Court and various circuit courts have recognized that pretrial detention for competency restoration must be limited to a reasonable period. The ongoing delay in transporting Mr. Cooper to a suitable facility unnecessarily prolongs his detention without progress toward trial or restoration, infringing upon his fundamental due process and speedy trial rights.

**WHEREFORE**, the defendant respectfully requests that the Court schedule a status hearing to review the status of the defendant's placement and to ensure his immediate transfer to a Bureau of Prisons facility.

Respectfully submitted,


  */s/Chris Mutimer/s/*
Christopher Mutimer
D.C. Bar No. 1011284
Counsel for the Defendant
Monument Legal
1100 H Street, NW Unit 1010
Washington, D.C. 20005
(202) 670-2390
cjm@monumentlegal.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court, and provided to all parties of record via CM/ECF this 19th day of May 2026.


*/s/ Christopher J. Mutimer*

Christopher J. Mutimer (1011284)

3